Todd Richard LADOUCER, Appellant,

v.

SHERBURNE COUNTY JAIL; Sgt. Chris Hansen; Jody Williams; Angie Knutson; Sheri Stone; Jason Kolbinger, and others yet to be named, Apellees.

No. 10–1749.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 22, 2010.

Filed: Dec. 7, 2010.

Todd Richard Ladoucer, White Deer, PA, pro se.

Jason Marcus Hill, Roger Lee Rowlette, Johnson & Lindberg, Minneapolis, MN, for Apellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Todd Ladoucer appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. After careful de novo review, *see Mason v. Corr. Med. Servs., Inc.*, 559 F.3d 880, 884 (8th Cir.2009), we agree with the district court that Ladoucer failed to create any trialworthy issues on the matters raised in his complaint for the reasons explained by the court in its thorough opinion. We also reject his contention that the magistrate judge exhibited bias. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.